Mariam Campbell, Respondent, v. Denis Hubbard and another, Administrators, Appellants. — Order corrected.

Albert F. Mitchell, Respondent, v. George L. Weed, Appellant, Impleaded, etc. — Motion to go to Court of Appeals denied, with ten dollars costs.

Samuel Taylor, Appellant, v. John Mitchell and others, Respondents.— Motion for reargument denied, with ten dollars costs.

William K. Brown, Appellant, v. Albert Vanderwerker, Respondent. — Motion to go to Court of Appeals denied.

Mary Mitchell, Respondent, v. The Home Savings Bank, Appellant. — Motion to go to Court of Appeals denied.

Dempster v. Collins.— Motion to dismiss appeal denied. Memorandum by Learned, P. J.

Dana L. Tracy, Appellant, v. William H. Baker, Respondent.— Motion to go to Court of Appeals denied.

The People of the State of New York ex rel. Daniel Evans, Respondent, v. Alfred C. Chapin, as Comptroller of the State of New York, Appellant.— Order affirmed, with ten dollars costs and printing disbursements. Opinion by Learned, P. J.

Henry C. Adams, Appellant, v. Oliver M. Arkenburgh, Testamentary Guardian, Respondent.— Order modified as per order filed, without costs Landon, J., not acting.

Richard B irke, Administrator, etc., Appellant, v. Silas H. Witherbee and others, Respondents.— Judgment affirmed, with costs.

Catharine Ludwig, Respondent, v. Lawrence Glaessell, Appellant.— Judgment and order reversed, new trial granted, costs to abide event.

The People of the State of New York ex rel. John F. Bridgeman, Respondent, v. Benjamin H. Hall, Appellant.— Judgment affirmed, with costs.— Opinion by Learned, P. J.

Lewis C. Lendrum, Appellant, v. Ralph Wolford, Commissioner, etc., Respondent. — Judgment and order affirmed, with costs. Opinion by Bockes, J.

John Myer, Respondent, v. Jerome Plass, Appellant. — Judgment and order affirmed, with costs.

Francis A. Brown, Respondent, v. Edward J. Pickett, Appellant.— Judgment affirmed, with costs. Memorandum by Learned P. J.; Landon, J., not acting.

William H Elliott, Appellant, v. Francis Ano and others, Respondents.—Judgment affirmed, with costs.

William T. Crook, Respondent, v. Robert Robinson, Appellant. — Judgment affirmed, with costs.

Mary C. Jenkins, as Administratrix, etc., Respondent, v. The City of Hudson, Appellant.— Order denying motion to set aside verdict affirmed, with ten dollars costs and printing disbursements.

I. Townsend Burden, Respondent, v. The Burden Iron Company and others, Appellants.— Order affirmed, with ten dollars costs and printing disbursements. Opinion by Landon, J.

Charles P. De Graff and others, Respondents, v. Patrick H. Cummins, Appellant. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Landon, J.

Isaac A. Travis, Executor, etc., Appellant, v. Lydia C. Youmans, Respondent.— Judgment of Special Term affirmed, with costs.

Alexander C. Morrison v. Anna C. Horricks.— Motion granted. Order to be settled by Bockes, J.

---

George P. Ide and others, Appellants, v. John Galt Smith and others, Respondents. — Order affirmed, with ten dollars costs and disbursements.

Eugene A. Hoffman, Appellant, v. Algernon S. Sullivan, Respondent. — Order reversed, without costs, and order entered as directed in opinion. Opinion by Daniels, J.

In the Matter of Herman Duden. — Order affirmed, without costs. Opinion by Daniels, J.

Charles A. Fish and others, Respondents, v. Tracy Robinson, Appellant. — Order reversed, with ten dollars costs and disbursements, referee's report confirmed and motion denied.

In the Matter of Alexander G. Mercer. — Decree affirmed, with costs.

The People of the State of New York ex rel. William Gilbert, Appellant, v. Henry B. Laidlaw, County Treasurer, etc., Respondent.— Judgment reversed, new trial granted, with costs to appellant to abide event.

Louis Klueber, Respondent, v. Lina Gross, Appellant. — Order reversed, with ten dollars costs to abide event, and motion to change place of trial from New York to Orange county granted.

Walter C. Glines, Respondent, v. Vincent J. Scott, Defendant (Emily S. Williams, Jr. attaching creditor, Appellant). — Order affirmed, with ten dollars costs and disbursements.

Watson Sanford, Appellant, v. The Bowery National Bank and others, Respondents. — Judgment reversed, new trial ordered, costs to abide event.

Ann Maria Deen, Respondent, v. William Milne, Executor, etc., Appellant. — Order affirmed, with ten dollars costs and disbursements.

Hat Sweat Manufacturing Company, Respondent, v. William H. Reinoehl and another, Appellants.—Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York, Respondents, v. William E. Briggs and another, Appellants. — Order affirmed, with ten dollars costs and disbursements.

Helen Schell, Appellant, v. William Cockroft, Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion Per Curiam.

Charles Jansen, Appellant, v. Otto Stietz, New York Glass Letter Company, Respondent. — Judgment reversed, new trial ordered, costs to abide event.

The United States Life Insurance Company, Appellant, v. Mary A. Adams, Respondent. — Judgment affirmed, with costs.

Bridget Cooper, as Administratrix, etc., Respondent, v. Central Stock Yard and Transit Company, Apppellant. — Judgment affirmed.

Augustus H. Adams, Respondent, v. William P. Mitchell, Appellant. — Order affirmed, with ten dollars costs and disbursements.

Eva Buermann, as Executrix, etc., Appellant, v. Charles Buermann and another, Respondents.— Order reversed, unless within ten days after service of a copy thereof the guardian file an affidavit in compliance with Rule 49 of the courts, and pay ten dollars costs of this appeal.

Arno H. Schoff and others, Respondents, v.

* Decisions handed down January 29, 1886.